**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**KHYBER HOLDINGS, LLC,**

    Plaintiff,

v.                                                                              3:12-CV-04067-M-BK

**BAC HOME LOANS SERVICING, LP,**

    Defendant.

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections on April 12, 2013, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's suit is barred, for the reasons stated, and an amendment would not cure the basis for the decision.

In light of this Court's acceptance of the United States Magistrate Judge's Findings, Conclusions, and Recommendation, no response from the Defendant is required although an extension was given.

SO ORDERED this 8th day of May, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS